

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2022

No. 04-22-00493-CR

Daniel Antonio **Chavez**,
Appellant

v.

The **State** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 22-1111-CR-C
Honorable William D. Old III, Judge Presiding

# O R D E R

Appellant's attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. On November 2, 2022, this court issued an order advising appellant of his right to request the appellate record and to file a pro se brief within forty-five (45) days. On November 28, 2019, appellant filed a motion requesting access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313. 320-21 (Tex. Crim. App. 2014).

Appellant's motion to access the record is GRANTED. It is ORDERED that the clerk of this court shall prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for trial court cause number 22-1111-CR-C to appellant at his current address: Torres Unit, TDCJ #02408583, 125 Private Road 4303, Hondo, Texas 78861.

If, after reviewing the record, appellant desires to file a pro se brief, he must do **no later than January 12, 2023**. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty (30) days after the date the appellant's pro se brief is filed in this court.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court